**Fill in this information to identify the case:**

Debtor name      One Way Loans, LLC, d/b/a PowerLend

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:18-bk-24572-SK

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration       Corporate Ownership Statement
Declaration Under Penalty of Perjury for Non-Individual Debtors
List of Equity Security Holders
Statement of Financial Affairs
Verification of Creditor Mailing Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      December 28, 2018          X _____
                                              Signature of individual signing on behalf of debtor

                                              David Redlener
                                              Printed name

                                              Chief Executive Officer/One Way Loans, LLC d/b/a PowerLend
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# United States Bankruptcy Court
## Central District of California

In re  One Way Loans, LLC, d/b/a PowerLend                          Case No.  2:18-bk-24572-SK
                                    Debtor(s)          Chapter  11

## LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| DCMRed LLC<br>12 North Broadway, Apartment 2B<br>Yonkers, NY 10701 | | 50.00% | Equity |
| Doolster Holdings<br>10325 Jefferson Boulevard<br>Culver City, CA 90232 | | 5.00% | Equity |
| Jaat Holdings, LLC<br>Attn:  Harinder Rana<br>2070 Edith Place<br>Merrick, NY 11566 | | 13.01% | Equity |
| JGB Claggain Bay, Inc.<br>Attn:  Hunter Dorbandt<br>21 Charles Street<br>Westport, CT 06880 | | 9.99% | Equity |
| Jorge Aroche<br>930 Kings Parkway<br>Baldwin, NY 11510 | | 1.00% | Equity |
| LME Capital LLC<br>Attn:  Moses Gross<br>3811 13th Avenue<br>Brooklyn, NY 11218 | | 20.00% | Equity |
| Michael Silberman<br>10325 Jefferson Boulevard<br>Culver City, CA 90232 | | 1.00% | Equity |

**Subsequent to the Debtor's First Revised Operating Agreement, a series of documented equity transfers have occurred but are not yet incorporated into a Second Revised Operating Agreement, under which all or a portion of the equity ownership interests of BRNB, LLC, Erika Harvel, Michael Silberman, and Present Media Group, Inc., were converted to profit sharing interests.

Sheet 1 of 2 in List of Equity Security Holders

In re:  One Way Loans, LLC, d/b/a PowerLend

Debtor(s)

Case No.  2:18-bk-24572-SK

## LIST OF EQUITY SECURITY HOLDERS

### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, David Redlener, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  December 28, 2018

Signature

David Redlener, Chief Executive Officer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David S. Kupetz (CA Bar No. 125062)<br>*dkupetz@sulmeyerlaw.com*<br>Asa S. Hami (CA Bar No. 210728)<br>*ahami@sulmeyerlaw.com*<br>Claire K. Wu (CA Bar No. 295966)<br>*ckwu@sulmeyerlaw.com*<br>**Sulmeyer**Kupetz, A Professional Corporation<br>333 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520 | |
| ☑ *Attorney for:* One Way Loans, LLC, d/b/a PowerLend | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    One Way Loans, LLC, d/b/a PowerLend<br><br>                                                      Debtor(s),<br><br>                                                      Plaintiff(s),<br><br><br><br><br><br>                                                      Defendant(s). | CASE NO.: 2:18-bk-24572-SK<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, _David Redlener, the Chief Executive Officer of One Way Loans, LLC, d/b/a PowerLend_ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

    ☑ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    See Addendum

  b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

December 28, 2018

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name:    David Redlener

Chief Executive Officer of One Way Loans, LLC, d/b/a PowerLend

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

| |
|---|
| DCMRed LLC<br>12 North Broadway<br>Apartment 2B<br>Yonkers, NY 10701 |
| Jaat Holdings, LLC<br>Attn:  Harinder Rana<br>2070 Edith Place<br>Merrick, NY 11566 |
| LME Capital LLC<br>Attn:  Moses Gross<br>3811 13th Avenue<br>Brooklyn, NY 11218 |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**Fill in this information to identify the case:**

Debtor name __One Way Loans, LLC, d/b/a PowerLend__

United States Bankruptcy Court for the:    __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known)    __2:18-bk-24572-SK__

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ _____ 2,640,558.19

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $ _____ 2,640,558.19

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 5,125,000.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____ 250,635.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____ 457,158.86

4.  **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b    $ _____ 5,832,793.86

| Fill in this information to identify the case: |
|---|
| Debtor name    One Way Loans, LLC, d/b/a PowerLend |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)    2:18-bk-24572-SK |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Preferred Bank | Checking | 4140 | $6,271.75 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $6,271.75

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Southern California Edison | $1,855.00 |
|---|---|---|

| | SBLC | |
| 7.2. | Landlord Beneficiary | $75,107.44 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number *(If known)* | 2:18-bk-24572-SK |
|--------|-------------------------------------|--------------------------|------------------|
|        | Name                                |                          |                  |

| | | |
|-----|---------------------------|-----------|
| 8.1. | Insurance | $9,325.00 |
| 8.2. | Rent | $8,536.00 |
| 8.3. | Stockbridge Escrow | $70,000.00 |

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$164,823.44

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 706,518.00 | - | 0.00 | = .... | $706,518.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | 2,058,299.00 | - | 300,000.00 | =.... | $1,758,299.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$2,464,817.00

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number *(If known)* 2:18-bk-24572-SK |
|--------|-------------------------------------|-------------------------------------------|
|        | Name                                |                                           |

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.powerlend.com | $4,646.00 | Recent cost | $4,646.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$4,646.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number *(If known)* | 2:18-bk-24572-SK |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number *(If known)* | 2:18-bk-24572-SK |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,271.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $164,823.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,464,817.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $4,646.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,640,558.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,640,558.19 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___One Way Loans, LLC, d/b/a PowerLend___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___2:18-bk-24572-SK___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| | | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

**2.1** | JGB Collateral, LLC, as collateral agent for
Creditor's Name

JGB Glenmachrie Ltd.
a/k/a JGB (Cayman)
Glenmachrie Ltd.
Attn:  Hunter Dorbandt
21 Charles Street
Westport, CT 06880
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Describe debtor's property that is subject to a lien | Amount of claim | Value of collateral |
|---|---|---|
| Accounts Receivable, Bank Accounts | $5,125,000.00 | $14,564,817.00 |

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $5,125,000.00 |

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __One Way Loans, LLC, d/b/a PowerLend__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    __2:18-bk-24572-SK__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Brandie Johnson<br>10325 Jefferson Boulevard<br>Culver City, CA 90232 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,107.00 | $4,107.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Employee Wages |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Cheston Vincent<br>10325 Jefferson Boulevard<br>Culver City, CA 90232 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,107.00 | $4,107.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Employee Wages |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    34090                    Best Case Bankruptcy

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number (if known) | 2:18-bk-24572-SK |
|--------|-------------------------------------|------------------------|------------------|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,750.00 | $12,850.00 |
|-----|---|---|---|---|
| | David Redlener<br>10325 Jefferson Boulevard<br>Culver City, CA 90232 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>2018 | Basis for the claim:<br>Employee Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,300.00 | $12,850.00 |
|-----|---|---|---|---|
| | Dylan Cohen<br>10325 Jefferson Boulevard<br>Culver City, CA 90232 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Employee Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,545.00 | $12,850.00 |
|-----|---|---|---|---|
| | Erika Harvel<br>1838 South Cloverdale Avenue<br>Los Angeles, CA 90019 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>2018 | Basis for the claim:<br>Employee Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 | $12,850.00 |
|-----|---|---|---|---|
| | Ernesto Conder<br>10325 Jefferson Boulevard<br>Culver City, CA 90232 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Employee Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number (if known) | 2:18-bk-24572-SK |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56,050.00 | $12,850.00 |
|---|---|---|---|---|
| | Harinder Rana | *Check all that apply.* | | |
| | Jaat Holdings LLC | ☐ Contingent | | |
| | 2070 Edith Place | ☐ Unliquidated | | |
| | Merrick, NY 11566 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 2018 | Employee Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,945.00 | $12,850.00 |
|---|---|---|---|---|
| | Michael Silberman | *Check all that apply.* | | |
| | 10325 Jefferson Boulevard | ☐ Contingent | | |
| | Culver City, CA 90232 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 2018 | Employee Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,477.00 | $12,850.00 |
|---|---|---|---|---|
| | Nemo Withana | *Check all that apply.* | | |
| | 10325 Jefferson Boulevard | ☐ Contingent | | |
| | Culver City, CA 90232 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Employee Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,827.00 | $5,827.00 |
|---|---|---|---|---|
| | Nora Dozier | *Check all that apply.* | | |
| | 10325 Jefferson Boulevard | ☐ Contingent | | |
| | Culver City, CA 90232 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Employee Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

The claim "subject to offset" rows show ■ No checked for each entry.

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number (if known) | 2:18-bk-24572-SK |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,527.00 | $4,527.00 |
|---|---|---|---|---|

Yovani Alas
10325 Jefferson Boulevard
Culver City, CA 90232

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Employee Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.00 |
|---|---|---|---|

Actual Processing
Attn:  Vincent Lipari
7004 Bee Cave Road
Building 3, Suite 312
Austin, TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ACH Provider

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,070.00 |
|---|---|---|---|

Adv. Direct IT Media
72 North 300 East
Suite A
Sapulpa, OK 74066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** LeadGen

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,380.86 |
|---|---|---|---|

Allied Administrators
Delta Dental
Post Office Box 26908
San Francisco, CA 94126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Dental Insurance

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,662.00 |
|---|---|---|---|

American Express
Post Office Box 0001
Los Angeles, CA 90096-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Travel/Other Business Expenses

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,877.00 |
|---|---|---|---|

Anthem Blue Cross
Post Office Box 51011
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Health Insurance

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number (if known) | 2:18-bk-24572-SK |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,405.00 |
|---|---|---|---|

Broadvoice
9221 Corbin Avenue
Suite 260
Northridge, CA 91324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utilities (Telephone)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $855.00 |
|---|---|---|---|

CCS - OZ
7525 Mitchell Road
Suite 315
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utilities (Answering Service)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,238.00 |
|---|---|---|---|

defi Solutions
Attn: Stephanie Alsbrooks
1026 Texas Trail
Suite 150
Grapevine, TX 76051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** LOS

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,223.00 |
|---|---|---|---|

Direct Legal Support
1541 Wilshire Boulevard
Suite 550
Los Angeles, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** SC Filings, Service

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,555.00 |
|---|---|---|---|

Effortless Office
4484 South Pecos Road
Las Vegas, NV 89121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utilities (Servers/IT)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Employment Development Dept.
Bankruptcy Group MIC 92E
Post Office Box 826880
Sacramento, CA 94280-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Franchise Tax Board
Bankruptcy Section, MS:A-340
Post Office Box 2952
Sacramento, CA 95812-2952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number (if known) | 2:18-bk-24572-SK |
|---|---|---|---|
| | Name | | |

---

**3.13**

**Nonpriority creditor's name and mailing address**

Hartford Insurance
8711 University East Drive
Charlotte, NC 28213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business & Worker's Compensation Insurance

Is the claim subject to offset? ■ No ☐ Yes

$6,808.00

---

**3.14**

**Nonpriority creditor's name and mailing address**

Hudson Cook LLP
7037 Ridge Road
Suite 300
Hanover, MD 21076

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  DBO Compliance

Is the claim subject to offset? ■ No ☐ Yes

$2,970.00

---

**3.15**

**Nonpriority creditor's name and mailing address**

Infinity Enterprise Lending
Velocity Ventures Group LLC
Attn:  Ryen Leyva
4864 Sparks Boulevard
Sparks, NV 89436

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LOS

Is the claim subject to offset? ■ No ☐ Yes

$3,313.00

---

**3.16**

**Nonpriority creditor's name and mailing address**

Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm 4062
Los Angeles, CA 90012-9903

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.17**

**Nonpriority creditor's name and mailing address**

Jorge Aroche
930 Kings Parkway
Baldwin, NY 11510

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note Holder

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.18**

**Nonpriority creditor's name and mailing address**

Kaiser Permanente
Post Office Box 23250
San Diego, CA 92193

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Health Insurance

Is the claim subject to offset? ■ No ☐ Yes

$3,435.00

---

**3.19**

**Nonpriority creditor's name and mailing address**

Keesal Young Logan
400 Oceangate
Long Beach, CA 90802

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal - Corporate

Is the claim subject to offset? ■ No ☐ Yes

$5,092.00

---

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number (if known) | 2:18-bk-24572-SK |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77,160.00 |
|---|---|---|---|
| | Lead Economy LLC | ☐ Contingent | |
| | Attn:  Brian Bastio | ☐ Unliquidated | |
| | 8 The Green | ☐ Disputed | |
| | Suite 8162 | | |
| | Dover, DE 19901 | **Basis for the claim:**  LeadGen | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $450.00 |
|---|---|---|---|
| | Market Response Solutions | ☐ Contingent | |
| | 15110 Dallas Parkway | ☐ Unliquidated | |
| | Suite 500 | ☐ Disputed | |
| | Dallas, TX 75248 | | |
| | | **Basis for the claim:**  Business Debt | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00 |
|---|---|---|---|
| | Michael Silberman | ☐ Contingent | |
| | 10325 Jefferson Boulevard | ☐ Unliquidated | |
| | Culver City, CA 90232 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Note Holder | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,159.00 |
|---|---|---|---|
| | Online Lenders Alliance | ☐ Contingent | |
| | 2001 Jefferson Davis Highway | ☐ Unliquidated | |
| | Suite 405 | ☐ Disputed | |
| | Arlington, VA 22202 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Industry Group | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,330.00 |
|---|---|---|---|
| | Parking Networks | ☐ Contingent | |
| | 350 South Figueroa Street | ☐ Unliquidated | |
| | Suite 420 | ☐ Disputed | |
| | Los Angeles, CA 90071 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Parking Spaces | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,500.00 |
|---|---|---|---|
| | Prime/Baytech | | |
| | AttN;  Jeff Skvorc | ☐ Contingent | |
| | Branch Management Group | ☐ Unliquidated | |
| | 1835 Newport Blvd., Suite A109 313 | ☐ Disputed | |
| | Irvine, CA 92606 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Lead Management System | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,800.00 |
|---|---|---|---|
| | Sebastian LLC | ☐ Contingent | |
| | 33 Sade Street | ☐ Unliquidated | |
| | Clifton, NJ 07013 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Consulting (Tech) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number (if known) | 2:18-bk-24572-SK |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,905.00 |
|---|---|---|---|

Trans Union LLC
Attn:  William Pancoast
Post Office Box 99506
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Bureau

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,814.00 |
|---|---|---|---|

VISA
Cardmember Service
Post Office Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Office Expenses

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,688.00 |
|---|---|---|---|

Zero Parallel LLC
505 North Brand Boulevard
16th Floor
Glendale, CA 91203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  LeadGen

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Line  3.16 <br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 250,635.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 457,158.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 707,793.86 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    One Way Loans, LLC, d/b/a PowerLend

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:18-bk-24572-SK

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal         Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Payment Processing<br><br>State the term remaining<br><br>List the contract number of any government contract | Actum Processing<br>Attn:  Vincent Lipari<br>7004 Bee Cave Road<br>Building 3, Suite 312<br>Austin, TX 78746 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Lease<br>Commencement Date:<br>August 1, 2018<br>Expiration Date:<br>November 30, 2022<br>State the term remaining    August 1,<br>2018-November 30, 2022<br>List the contract number of any government contract | CF Culver City Office, L.P.<br>Attn:  Investment Manager<br>100 Waugh Street<br>Suite 600<br>Houston, TX 77007 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    Data Provider<br><br>State the term remaining<br><br>List the contract number of any government contract | Decision Logic (Clarilogic)<br>9820 Willow Creek Road<br>Suite 310<br>San Diego, CA 92131 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    Loan Management<br><br>State the term remaining    March 30, 2019<br><br>List the contract number of any government contract | defi Solutions<br>Attn:  Stephanie Alsbrooks<br>1026 Texas Trail<br>Suite 150<br>Grapevine, TX 76051 |

Debtor 1   One Way Loans, LLC, d/b/a PowerLend                                    Case number (*if known*)   2:18-bk-24572-SK
　　　　　　First Name　　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest
　　　　Verification Services

State the term remaining

List the contract number of any government contract

Equifax Verification Services
11432 Lackland Road
Saint Louis, MO 63146

**2.6.** State what the contract or lease is for and the nature of the debtor's interest
　　　　Credit

State the term remaining

List the contract number of any government contract

Experian
Post Office Box 881971
Los Angeles, CA 90088

**2.7.** State what the contract or lease is for and the nature of the debtor's interest
　　　　Loan Underwriting

State the term remaining

List the contract number of any government contract

Factor Trust Transunion
Attn: Chris Amato
Post Office Box 99506
Chicago, IL 60693

**2.8.** State what the contract or lease is for and the nature of the debtor's interest
　　　　Loan Servicing

State the term remaining

List the contract number of any government contract

First Associates Loan Servicing
Attn: David Johnson
Post Office Box 503430
San Diego, CA 92150

**2.9.** State what the contract or lease is for and the nature of the debtor's interest
　　　　Loan Management

State the term remaining

List the contract number of any government contract

Infinity Enterprise Lending
Velocity Ventures Group LLC
Attn: Ryen Leyva
4864 Sparks Boulevard
Sparks, NV 89436

**2.10.** State what the contract or lease is for and the nature of the debtor's interest
　　　　Prime Software

State the term remaining

List the contract number of any

Prime/Baytech
AttN: Jeff Skvorc
Branch Management Group
1835 Newport Blvd., Suite A109 313
Irvine, CA 92606

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1    One Way Loans, LLC, d/b/a PowerLend
    First Name              Middle Name           Last Name

Case number (*if known*)    2:18-bk-24572-SK

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Loan Underwriting | |
|---|---|---|---|
| | State the term remaining | | Trans Union LLC<br>Attn:  William Pancoast<br>Post Office Box 99506<br>Chicago, IL 60693 |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|
| Debtor name  One Way Loans, LLC, d/b/a PowerLend |
| United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)  2:18-bk-24572-SK |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1 David Redlener | 10325 Jefferson Boulevard<br>Culver City, CA 90232 | | JGB Collateral, LLC,<br>as agent for | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 DCMRed LLC | 12 North Broadway<br>Apartment 2B<br>Yonkers, NY 10701 | | JGB Collateral, LLC,<br>as agent for | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 Erika Harvel | 1838 South Cloverdale Avenue<br>Los Angeles, CA 90019 | | JGB Collateral, LLC,<br>as agent for | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 Jaat Holdings LLC | Attn:  Harinder Rana<br>2070 Edith Place<br>Merrick, NY 11566 | | JGB Collateral, LLC,<br>as agent for | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number *(if known)* | 2:18-bk-24572-SK |
|---|---|---|---|

**▮** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | LME Capital LLC | Attn:  Moses Gross<br>3811 13th Avenue<br>Brooklyn, NY 11218 | JGB Collateral, LLC,<br>as agent for | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Michael Silberman | 10325 Jefferson Boulevard<br>Culver City, CA 90232 | JGB Collateral, LLC,<br>as agent for | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | DCMRed LLC | 12 North Broadway<br>Apartment 2B<br>Yonkers, NY 10701 | Actum Processing | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |
| 2.8 | Erika Harvel | 1838 South Cloverdale Avenue<br>Los Angeles, CA 90019 | Actum Processing | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

**Fill in this information to identify the case:**

Debtor name    One Way Loans, LLC, d/b/a PowerLend

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:18-bk-24572-SK

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From  1/01/2018 to Filing Date | ■ Operating a business ☐ Other _____ | $1,915,007.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1. Dylan Cohen 10325 Jefferson Boulevard Culver City, CA 90232 | September 27, 2018 ($4,550.00) October 31, 2018 ($4,550.00) | $9,100.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    One Way Loans, LLC, d/b/a PowerLend                                      Case number (if known)  2:18-bk-24572-SK

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.2.  Ernesto Conder<br>10325 Jefferson Boulevard<br>Culver City, CA 90232 | September 27, 2018 ($5,000.00) October 23, 2018 ($5,000.00) October 31, 2018 ($5,000.00) | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  Keesal Young Logan<br>400 Oceangate<br>Long Beach, CA 90802 | September 20, 2018 ($8,818.69) October 4, 2018 ($5,946.75) | $14,765.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.  Stockbridge Capital Funding<br>1790 Hughes Landing Boulevard<br>Fourth Floor<br>Spring, TX 77380 | November 15, 2018 | $70,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Secure Financing. |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Please See Attached. | | $0.00 | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

**90 days (9/17/2018-12/17/2018)**

| | Compensation | Fixed Expense Reimbursement | NY Office / CA Housing | Interest | Total |
|---|---|---|---|---|---|
| David Redlener | $ 29,517 | $ - | $ 2,375 | $ - | $ 31,892 |
| Michael Silberman | $ 15,505 | $ - | $ - | $ 2,011 | $ 17,516 |
| Erika Harvel | $ 14,905 | $ - | $ - | $ - | $ 14,905 |
| Harinder Rana | $ 19,517 | $ - | $ - | $ - | $ 19,517 |
| JGR Claggain Bay, Inc | $ - | $ - | $ - | $ - | $ - |
| LME Capital LLC | $ - | $ - | $ - | $ - | $ - |
| Brad Powers | $ - | $ - | $ - | $ - | $ - |
| Sherbooke Holdings LLC | $ - | $ - | $ - | $ - | $ - |
| | $ 79,445 | $ - | $ 2,375 | $ 2,011 | $ 83,831 |

**1 year (12/17/2017-12/17/2018)**

| | Compensation | Fixed Expense Reimbursement | NY Office / CA Housing | Interest | Other | Total |
|---|---|---|---|---|---|---|
| David Redlener | $ 78,067 | $ 4,000 | $ 34,950 | $ - | $ - | $ 117,017 |
| Michael Silberman | $ 75,255 | $ 4,000 | $ - | $ 5,996 | $ - | $ 85,251 |
| Erika Harvel | $ 75,655 | $ 5,000 | $ - | $ - | $ - | $ 80,655 |
| Harinder Rana | $ 68,067 | $ 4,000 | $ - | $ - | $ - | $ 72,067 |
| JGR Claggain Bay, Inc | $ - | $ - | $ - | $ 702,676 | $ 10,000 | $ 712,676 |
| LME Capital LLC | $ - | $ - | $ - | $ - | $ 125,000 | $ 125,000 |
| Brad Powers | $ 59,375 | $ - | $ - | $ - | $ - | $ 59,375 |
| Sherbooke Holdings LLC | $ 15,000 | $ - | $ - | $ - | $ - | $ 15,000 |
| | $ 371,420 | $ 17,000 | $ 34,950 | $ 708,672 | $ 135,000 | $ 1,267,042 |

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number *(if known)* | 2:18-bk-24572-SK |
|---|---|---|---|

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | JGB Collateral, LLC, as Agent v. One Way Loans, LLC, d/b/a PowerLend Index No. 655658/2018 | Civil | Supreme Court of the State of New York County of New York 60 Centre Street New York, NY 10007 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    One Way Loans, LLC, d/b/a PowerLend                    Case number *(if known)*   2:18-bk-24572-SK

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | December 13, 2018 ($1,000.00) December 14, 2018 ANM Management LLC ($50,000.00) | |
| | SulmeyerKupetz, APC 333 South Grand Avenue Suite 3400 Los Angeles, CA 90071-1406 | Attorney Fees | | $51,000.00 |

**Email or website address**
www.sulmeyerlaw.com

**Who made the payment, if not debtor?**
DCMRED LLC ($1,000.00); ANM
Management LLC ($50,000.00)

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number *(if known)* | 2:18-bk-24572-SK |
|---|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number *(if known)* | 2:18-bk-24572-SK |
|--------|-----|-----|-----|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|------|------|------|------|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------|------|------|------|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------|------|------|------|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|------|------|------|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|------|------|
| 26a.1.  Michael Silberman<br>10325 Jefferson Boulevard<br>Culver City, CA 90232 | April 11, 2017 through Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------|------|
| 26b.1.  Armanino LLP<br>55 West San Fernando Street<br>Suite 600<br>San Jose, CA 95113 | December 31, 2017 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | One Way Loans, LLC, d/b/a PowerLend | Case number *(if known)* 2:18-bk-24572-SK |
|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BRNB, LLC | 10325 Jefferson Boulevard<br>Culver City, CA 90232 | Member, Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Redlener | 10325 Jefferson Boulevard<br>Culver City, CA 90232 | Co-Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DCMRed LLC | 12 North Broadway<br>Apartment 2B<br>Yonkers, NY 10701 | Equity | 50.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Doolster Holdings | 10325 Jefferson Boulevard<br>Culver City, CA 90232 | Equity | 5.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Erika Harvel | 1838 South Cloverdale Avenue<br>Los Angeles, CA 90019 | Chief Operating Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Harinder Rana | 2070 Edith Place<br>Merrick, NY 11566 | Co-Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jaat Holdings, LLC | Attn:  Harinder Rana<br>2070 Edith Place<br>Merrick, NY 11566 | Member, Board of Directors | 13.01% |

Debtor    One Way Loans, LLC, d/b/a PowerLend                                    Case number *(if known)*   2:18-bk-24572-SK

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JGB Claggain Bay, Inc. | Atn:  Brett Cohen<br>21 Charles Street<br>Westport, CT 06880 | Member | 9.99% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jorge Aroche | 930 Kings Parkway<br>Baldwin, NY 11510 | Equity | 1.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| LME Capital LLC | Atn:  Moses Gross<br>3811 13th Avenue<br>Brooklyn, NY 11218 | Member | 20.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Silberman | 10325 Jefferson Boulevard<br>Culver City, CA 90232 | President, Chief Financial Officer & Secretary | 1.00% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Please See Attached. | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### 90 days (9/17/2018-12/17/2018)

| | Compensation | Fixed Expense Reimbursement | NY Office / CA Housing | Interest | Total |
|---|---|---|---|---|---|
| David Redkner | $ 29,517 | $ - | $ 2,375 | $ - | $ 31,892 |
| Michael Silberman | $ 15,505 | $ - | $ - | $ 2,011 | $ 17,516 |
| Erika Harvel | $ 14,905 | $ - | $ - | $ - | $ 14,905 |
| Harinder Rana | $ 19,517 | $ - | $ - | $ - | $ 19,517 |
| ASR Claggan Bay, Inc. | $ - | $ - | $ - | $ - | $ - |
| LME Capital LLC | $ - | $ - | $ - | $ - | $ - |
| Brad Powers | $ - | $ - | $ - | $ - | $ - |
| Sherbooke Holdings LLC | $ - | $ - | $ - | $ - | $ - |
| | $ 79,445 | $ - | $ 2,375 | $ 2,011 | $ 83,831 |

### 1 year (12/17/2017-12/17/2018)

| | Compensation | Fixed Expense Reimbursement | NY Office / CA Housing | Interest | Other | Total |
|---|---|---|---|---|---|---|
| David Redkner | $ 78,067 | $ 4,000 | $ 34,950 | $ - | $ - | $ 117,017 |
| Michael Silberman | $ 75,255 | $ 4,000 | $ - | $ 5,996 | $ - | $ 85,251 |
| Erika Harvel | $ 75,655 | $ 5,000 | $ - | $ - | $ - | $ 80,655 |
| Harinder Rana | $ 68,067 | $ 4,000 | $ - | $ - | $ - | $ 72,067 |
| ASR Claggan Bay, Inc. | $ - | $ - | $ - | $ 702,676 | $ 10,000 | $ 712,676 |
| LME Capital LLC | $ - | $ - | $ - | $ - | $ 125,000 | $ 125,000 |
| Brad Powers | $ 59,375 | $ - | $ - | $ - | $ - | $ 59,375 |
| Sherbooke Holdings LLC | $ 15,000 | $ - | $ - | $ - | $ - | $ 15,000 |
| | $ 371,420 | $ 17,000 | $ 34,950 | $ 708,672 | $ 135,000 | $ 1,267,042 |

Debtor    One Way Loans, LLC, d/b/a PowerLend

Case number *(if known)*    2:18-bk-24572-SK

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 28, 2018

Signature of individual signing on behalf of the debtor

David Redlener
Printed name

Position or relationship to debtor    Chief Executive Officer/One Way Loans, LLC
d/b/a PowerLend

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  One Way Loans, LLC, d/b/a PowerLend

Debtor(s)

Case No.  2:18-bk-24572-SK

Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 51,000.00 |
| Prior to the filing of this statement I have received | $ | 51,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    DCMRE LLC ($1,000.00)
ANM Management LLC ($50,000.00)

3. The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 28, 2018
*Date*

Claire K. Wu
*Signature of Attorney*
**Sulmeyer**Kupetz, A Professional Corporation
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-1406
213.626.2311  Fax: 213.629.4520
www.sulmeyerlaw.com
*Name of law firm*

---

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David S. Kupetz (CA Bar No. 125062)<br> (*dkupetz@sulmeyerlaw.com*)<br>Asa S. Hami (CA Bar No. 210728)<br> (*ahami@sulmeyerlaw.com*) (<br>Claire K. Wu (CA Bar No. 295966)<br> (*ckwu@sulmeyerlaw.com*)<br>**SulmeyerKupetz**, A Professional Corporation<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br><br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520 | FOR COURT USE ONLY |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br> One Way Loans, LLC, d/b/a PowerLend,<br><br><br><br><br> Debtor(s). | CASE NO.: 2:18-bk-24572-SK<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: December __28__, 2018 _____

_____
David Redlener
Chief Executive Officer of One Way Loans, LLC,
d/b/a PowerLend

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**