| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David S. Kupetz (CA Bar No. 125062)<br>  *dkupetz@sulmeyerlaw.com*<br>Asa S. Hami (CA Bar No. 210728)<br>  *ahami@sulmeyerlaw.com*<br>Claire K. Wu (CA Bar No. 295966)<br>  *ckwu@sulmeyerlaw.com*<br>SulmeyerKupetz<br>A Professional Corporation<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California  90071<br>Telephone 213.626.2311<br>Facsimile  213.629.4520<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Debtor and Debtor in Possession<br>     One Way Loans, LLC, d/b/a PowerLend | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ONE WAY LOANS, LLC, a California limited liability company, d/b/a POWERLEND,<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:18-bk-24572-SK<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>**ORDER FOLLOWING CHAPTER 11 STATUS CONFERENCE** |

PLEASE TAKE NOTICE that the order titled  ORDER FOLLOWING CHAPTER 11 STATUS CONFERENCE

was lodged on (*date*)  February 6, 2019    and is attached. This order relates to the motion which is docket number 1.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

David S. Kupetz (CA Bar No. 125062)
  *dkupetz@sulmeyerlaw.com*
Asa S. Hami (CA Bar No. 210728)
  *ahami@sulmeyerlaw.com*
Claire K. Wu (CA Bar No. 295966)
  *ckwu@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Ave., Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Debtor and Debtor in Possession
One Way Loans, LLC, d/b/a PowerLend

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ONE WAY LOANS, LLC, a California limited liability company, d/b/a POWERLEND,<br><br>        Debtor. | Case No. 2:18-bk-24572-SK<br><br>Chapter 11<br><br>**ORDER FOLLOWING CHAPTER 11 STATUS CONFERENCE**<br><br>[Relates to Dkt. Nos. 1, 51]<br><br>**Status Conference**<br><br>Date:   February 6, 2019<br>Time:  9:00 a.m.<br>Place:  Courtroom 1575<br>         255 East Temple Street<br>         Los Angeles, CA 90012<br><br>**Continued Status Conference**<br><br>Date:   May 22, 2019<br>Time:  9:00 a.m.<br>Place:  Courtroom 1575<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

ASH\ 2659206v1

On February 6, 2019, this Court conducted the initial chapter 11 status conference in the above-captioned bankruptcy case (the "Status Conference"). Asa S. Hami of SulmeyerKupetz, A Professional Corporation, appeared for and on behalf of One Way Loans, LLC, d/b/a PowerLend, the above-captioned debtor and debtor in possession (the "Debtor"). No other parties appeared at the Status Conference.

The Court having entered its order setting the Status Conference and other relief on January 2, 2019 [Dkt. No. 51], and having considered the Debtor's Chapter 11 Status Report and all declarations and papers filed in support of such status report [Dkt. No. 69], the record in this case, and the statements and representations of counsel on the record of the Status Conference; and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The deadline for creditors in this case to file proofs of claim is **March 15, 2019**.
2. The Debtor shall file an updated chapter 11 status report no later than **May 8, 2019**.
3. The deadline for the Debtor to file any objection to claims is **May 15, 2019**, without prejudice to extend this deadline upon further order of the Court.
4. The Status Conference is continued to **May 22, 2019, at 9:00 a.m.**, which date and time the Debtor may (but is not required to) use for a hearing on a motion to approve the adequacy of a disclosure statement.

# # # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Grand Avenue, Suite 3400, Los Angeles, California 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 6, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Carl Grumer on behalf of Interested Parties JGB (Cayman) Glenmachrie Ltd./JGB Collateral, LLC - cgrumer@manatt.com, mchung@manatt.com; fstephenson@manatt.com
- Andrew Haley on behalf of Interested Party CF Culver City Office, L.P. - ahaley@shoreline-law.com, kbarone@shoreline-law.com
- Asa S Hami on behalf of Debtor One Way Loans, LLC, d/b/a PowerLend - ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com; ahami@ecf.inforuptcy.com
- David S Kupetz on behalf of Debtor One Way Loans, LLC, d/b/a PowerLend - dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com; dkupetz@ecf.inforuptcy.com
- Dare Law on behalf of U.S. Trustee (LA) - dare.law@usdoj.gov
- Ron Maroko on behalf of U.S. Trustee (LA) - ron.maroko@usdoj.gov
- Sabrina L Streusand on behalf of Creditor Actum Processing - Streusand@slollp.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
- Claire K Wu on behalf of Debtor One Way Loans, LLC, d/b/a PowerLend - ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com; ckwu@ecf.courtdrive.com; ckwu@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 6, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sandra R. Klein – **VIA PERSONAL DELIVERY**
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012 - Bin outside of Suite 1582

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 6, 2019 | Andrea Gonzalez | /s/ Andrea Gonzalez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.BK.NOTICE.LODGMENT**