1  David S. Kupetz (CA Bar No. 125062)
   *dkupetz@sulmeyerlaw.com*
2  Asa S. Hami (CA Bar No. 210728)
   *ahami@sulmeyerlaw.com*
3  Claire K. Wu (CA Bar No. 295966)
   *ckwu@sulmeyerlaw.com*
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Grand Ave., Suite 3400
   Los Angeles, California 90071-1406
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520
7
   Attorneys for Debtor and Debtor in Possession
8  One Way Loans, LLC, d/b/a PowerLend

FILED & ENTERED

MAY 29 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may          DEPUTY CLERK

9  **UNITED STATES BANKRUPTCY COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

11  In re

12  ONE WAY LOANS, LLC, a California limited
liability company, d/b/a POWERLEND,

13

14        Debtor.

Case No. 2:18-bk-24572-SK

Chapter 11

**ORDER GRANTING "DEBTOR'S MOTION
FOR ORDER APPROVING NEW
SUBLEASE OF REAL PROPERTY FOR
DEBTOR'S OPERATIONS"**

[Relates to Dkt. No. 134]

[No Hearing Required]

*(left margin vertical text)* **Sulmeyer**Kupetz, A Professional Corporation / 333 SOUTH GRAND AVENUE, SUITE 3400 / LOS ANGELES, CALIFORNIA 90071-1406 / TEL. 213.626.2311 • FAX 213.629.4520

CKW\ 2670817v1

1    This Court having considered the "Debtor's Motion for Order Approving New Sublease of

2  Real Property for Debtor's Operations" [Dkt. No. 134] (the "Motion"), filed by One Way Loans,

3  LLC, d/b/a PowerLend, debtor and debtor in possession in the above-captioned case, all papers filed

4  in support of the Motion, and the record in this case; no opposition or other response to, or request

5  for hearing on, the Motion having been filed by any party; the Motion and notice of the Motion

6  having been timely and properly filed and served on all necessary parties; and good cause appearing

7  therefor, it is hereby **ORDERED** as follows:

8        1.    The Motion is granted.

9        2.    The sublease agreement (collectively with other lease documents that are

10  incorporated into the sublease agreement) (the "Sublease") attached to the Motion as **Exhibit 1** is

11  approved.

12        3.    The Debtor is authorized to take any and all actions necessary or appropriate to

13  effectuate the Sublease.

14                                          # # #

15

16

17

18

19

20

21

22

23  Date: May 29, 2019

24                                          Sandra R. Klein
                                            United States Bankruptcy Judge

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA, 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520