| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David S. Kupetz (CA Bar No. 125062)<br>  dkupetz@sulmeyerlaw.com<br>Asa S. Hami (CA Bar No. 210728)<br>  ahami@sulmeyerlaw.com<br>Claire K. Wu (CA Bar No. 295966)<br>  ckwu@sulmeyerlaw.com<br>**Sulmeyer**Kupetz<br>A Professional Corporation<br>333 South Grand Ave., Suite 3400<br>Los Angeles, California 90071-1406<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for Post-Confirmation Debtor*<br>*One Way Loans, LLC, d/b/a PowerLend* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>ONE WAY LOANS, LLC, a California limited liability company, d/b/a POWERLEND,<br><br>                                                            Debtor(s) | CASE NO.: 2:18-bk-24572-SK<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]):<br><br>Second Post-Confirmation Status Report |

PLEASE TAKE NOTE that the order titled Order to Show Cause Why This Case Should Not be Dismissed was lodged on *December 16, 2020* and is attached.  This order relates to the motion which is docket number 221.

---

[1] Please abbreviate if title cannot fit into text field

MRV 2708342v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                            *Page 1*                                                            **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT 1

David S. Kupetz (CA Bar No. 125062)
  dkupetz@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
  ahami@sulmeyerlaw.com
Claire K. Wu (CA Bar No. 295966)
  ckwu@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Ave., Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Post-Confirmation Debtor
One Way Loans, LLC, d/b/a PowerLend

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:18-bk-24572-SK |
| ONE WAY LOANS, LLC, a California limited liability company, d/b/a POWERLEND, | Chapter 11 |
| | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| Debtor. | Hearing: |
| | Date: January 27, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 1575<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

CKW 2708330v1

A post-confirmation status conference came on for hearing before this Court on December 16, 2020, at 9:00 a.m., the Honorable Sandra R. Klein, United States Bankruptcy Judge presiding. Appearances were as noted on the record.

The Court having read and considered the *Second Post-Confirmation Status Report* [Dkt. No. 221], filed by One Way Loans, LLC, a California limited liability company, d/b/a PowerLend (the "Debtor"), and based on the comments on the record of the hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. Any party must show cause by filing a written explanation, if there is an explanation, supported by competent and admissible evidence, why this case should not be dismissed.

2. The written explanation must be filed with the Court and served on the Debtor by no later than January 13, 2020.

3. A hearing on this Order to Show Cause will take place on January 27, 2020, at 9:00 a.m.

# # #

CKW 2708330v1            1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 16, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Dawn M Coulson on behalf of Interested Party Courtesy NEF
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Carl Grumer on behalf of Interested Party JGB (Cayman) Glenmachrie Ltd.
cgrumer@manatt.com,
mchung@manatt.com;cderecat@manatt.com;dmoran@manatt.com;bscoggins@manatt.com

Carl Grumer on behalf of Interested Party JGB Collateral, LLC
cgrumer@manatt.com,
mchung@manatt.com;cderecat@manatt.com;dmoran@manatt.com;bscoggins@manatt.com

Andrew Haley on behalf of Interested Party CF Culver City Office, L.P.
ahaley@shoreline-law.com, kbarone@shoreline-law.com

Asa S Hami on behalf of Debtor One Way Loans, LLC, d/b/a PowerLend
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Asa S Hami on behalf of Interested Party Courtesy NEF
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

David S Kupetz on behalf of Debtor One Way Loans, LLC, d/b/a PowerLend
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Sabrina L Streusand on behalf of Creditor Actum Processing
Streusand@slollp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor Preferred Bank
gwarrington@frandzel.com, sking@frandzel.com

Claire K Wu on behalf of Debtor One Way Loans, LLC, d/b/a PowerLend
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

MRV 2708342v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

Claire K Wu on behalf of Financial Advisor ASI Advisors, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Interested Party Courtesy NEF
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 16, 2020 | Maria R. Viramontes | /s/Maria R. Viramontes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

MRV 2708342v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     *Page 3*     **F 9021-1.2.BK.NOTICE.LODGMENT**