David S. Kupetz (CA Bar No. 125062)
   dkupetz@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
   ahami@sulmeyerlaw.com
Claire K. Wu (CA Bar No. 295966)
   ckwu@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Ave., Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Post-Confirmation Debtor
One Way Loans, LLC, d/b/a PowerLend



FILED & ENTERED

DEC 17 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:18-bk-24572-SK |
| ONE WAY LOANS, LLC, a California limited liability company, d/b/a POWERLEND, | Chapter 11 |
| Debtor. | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| | Hearing: |
| | Date:  January 27, 2021<br>Time:  9:00 a.m.<br>Place:  Courtroom 1575<br>        255 E. Temple St.<br>        Los Angeles, CA  90012 |

CKW 2708330v1

A post-confirmation status conference came on for hearing before this Court on December 16, 2020, at 9:00 a.m., the Honorable Sandra R. Klein, United States Bankruptcy Judge presiding. Appearances were as noted on the record.

The Court having read and considered the *Second Post-Confirmation Status Report* [Dkt. No. 221], filed by One Way Loans, LLC, a California limited liability company, d/b/a PowerLend (the "Debtor"), and based on the comments on the record of the hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. Any party must show cause by filing a written explanation, if there is an explanation, supported by competent and admissible evidence, why this case should not be dismissed.

2. The written explanation must be filed with the Court and served on the Debtor by no later than January 13, 2021.

3. Any replies must be filed by no later than January 20, 2021.

4. No further briefing will be allowed or considered.

5. A hearing on this Order to Show Cause will take place on January 27, 2021, at 9:00 a.m.

### 

Date: December 17, 2020

Sandra R. Klein
United States Bankruptcy Judge