David S. Kupetz (CA Bar No. 125062)
  dkupetz@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
  ahami@sulmeyerlaw.com
Claire K. Wu (CA Bar No. 295966)
  ckwu@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Ave., Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Post-Confirmation Debtor
One Way Loans, LLC, d/b/a PowerLend

**FILED & ENTERED**

**MAR 02 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

ONE WAY LOANS, LLC, a California limited liability company, d/b/a POWERLEND,

Debtor.

Case No. 2:18-bk-24572-SK

Chapter 11

**ORDER DISMISSING BANKRUPTCY CASE**

[Relates to Dkt. No. 223]

Hearing:

Date:   January 27, 2020
Time:   9:00 a.m.
Place:  Courtroom 1575
        255 E. Temple St.
        Los Angeles, CA  90012

CKW 2710010v1

On December 17, 2020, the Court entered an *Order to Show Cause Why This Case Should Not Be Dismissed* [Dkt. No. 223] (the "OSC").  No written oppositions to the OSC having been filed, and good cause appearing, it is hereby **ORDERED** that the above-captioned bankruptcy case is dismissed.

# # #

Date: March 2, 2021

Sandra R. Klein
United States Bankruptcy Judge

CKW 2710010v1

1